# UNITED STATES DISTRICT COURT
## DISTRICT OF NEBRASKA

Chambers of
Richard G. Kopf
United States District Judge

Room 586, Robert V. Denney Federal Building
100 Centennial Mall North
Lincoln, Nebraska 68508
Phone: 402.437-5252
Fax: 402-437-5681
Judge's E-Mail: Richard_Kopf@ned.uscourts.gov
Assistant's E-Mail: Kristin_Leininger@ned.uscourts.gov

March 14, 2005

*Via Federal Express*

Committee on Financial Disclosure
Administrative Office of the United States Courts
One Columbus Circle, N.E. Ste. 2-301
Washington, D.C. 20544

RE:  Calendar Year 2004 Financial Disclosure Report

Dear Members of the Committee:

Enclosed please find my original Financial Disclosure Report for calendar year 2004. In addition, I am enclosing three copies as you have requested.

By copy of this letter, I am providing our Clerk of Court in Omaha, Nebraska, and the Deputy-in-Charge in Lincoln, Nebraska, with a copy of my Financial Disclosure Report for calendar year 2004. They are instructed to make this report available to the public if requested.

As noted in Part I and Part VIII, I held two powers of attorney, one each for two different █████ █████ both of whom reside in different foreign countries. These persons are not dependent upon me for support. For each █████████ I exercised control over a non-interest bearing account. I was not aware of and did not exercise control over other assets or any income reportable under Part VII. Prior to making this disclosure, I conferred with Ralph Watkins, a staff member of the Committee on Financial Disclosure, and I have made this disclosure consistent with the advice that I received from him. Although advised that I need not identify the persons for whom I hold the powers of attorney and while I have also been advised that I am not required to provide other identifying information, I have personally elected to do so.

Should you have any questions, please do not hesitate to contact me.



United States District Judge

Enclosures

cc:   Denise M. Lucks, Clerk of Court (with enclosure)
      Patricia S. Merritt, Deputy-in-Charge (with enclosure)

| AO-10 |
|---|
| Rev. 1/2004 |

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2004

Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Kopf, Richard G | 2. Court or Organization<br><br>U.S. Dist.Ct. Dist.of Nebraska | 3. Date of Report<br><br>03/14/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Article III Judge-active | 5. ReportType (check appropriate type)<br><br>● Nomination   Date<br><br>○ Initial   ◉ Annual   ○ Final | 6. Reporting Period<br><br>01/01/2004<br>to<br>12/31/2004 |
| 7. Chambers or Office Address<br><br>586 Federal Building<br><br>100 Centennial Mall North<br><br>Lincoln, NE 68508 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

# I. POSITIONS. (reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | President | Historical Society of the United States Courts in the Eighth Circuit |
| 2. | Attorney-in-Fact-1 | Holder of Power of Attorney for ████████ in Foreign Country |
| 3. | Attorney-in-Fact-2 | Holder of Power of Attorney for ████████ in Foreign Country |

# II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |

FINANCIAL DISCLOSURE OFFICE — RECEIVED 2005 MAR 15

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse, see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
| --- | --- | --- |
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
| --- | --- |
| 1. | |

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
| --- | --- |
| 1. | |

V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kopf, Richard G | 03/14/2005 |

## VII. INVESTMENTS and TRUSTS  – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE   (No reportable income, assets, or transactions) | | | | | | | | | |
| 1.  Wells Fargo Bank, Lincoln, NE (Cash) | A | Interest | K | T | | | | | |
| 2.  Equitable Life Insurance, Des Moines, IA (Variable Life) | | None | L | T | | | | | |
| 3.  Equitable Life Insurance, Des Moines, IA (Annuity) | | None | J | T | | | | | |
| 4.  Alliance Growth Mutual Fund Class B, Secacus, NJ | | None | J | T | Sell | 10/18 | J | A | Public |
| 5.  Alliance Growth Mutual Fund Class B, Secacus, NJ | | None | J | T | Sell | 10/18 | J | A | Public |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

As noted in Part I, I held two powers of attorney, one each for two different ▮▮▮▮▮▮▮ both of whom reside in different foreign countries. These persons are not dependent upon me for support. For each ▮▮▮▮▮▮, I exercised control over a non-interest bearing account. I was not aware of and did not exercise control over other assets or any income reportable under Part VII. Prior to making this disclosure, I conferred with Ralph Watkins, a staff member of the Committee on Financial Disclosure, and I have made this disclosure consistent with the advice that I received from him. Although advised that I need not identify the persons for whom I hold the powers of attorney and while I have also been advised that I am not required to provide other identifying information, I have personally elected to do so.

As noted in Part VII, Alliance Growth Mutual Funds were sold. They were sold publicly in the market. All our interest in the Alliance Growth Mutual Fund Class B was liquidated.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Kopf, Richard G | 03/14/2005 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signat                                       Date 3/14/05

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544